

Certificate Number: 15725-TXN-CC-040624950

15725-TXN-CC-040624950

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 16, 2026, at 2:28 o'clock PM EST, Cameron Mckinnie received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   February 16, 2026                    By:   /s/Eduardo Luis Verhelst Baena

                                             Name:   Eduardo Luis Verhelst Baena

                                             Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).